# Court of Appeals
# of the State of Georgia

ATLANTA, December 16, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0145.  RICHIE BURKE v. THE STATE.**

On November 21, 2013, Richie Burke filed an application for discretionary appeal, challenging the trial court's order denying his "motion to vacate judgment and conviction and re-instate original plea."  The trial court entered its order on August 26, 2013.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d).  Burke filed his application 87 days after entry of the trial court's order.  Accordingly, we lack jurisdiction to consider the application, which is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*